**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1721**

———————

ROBERT JOHN SCHIEBLE, JR.,

Plaintiff - Appellant,

versus

STATE OF SOUTH CAROLINA; EMPLOYMENT SECURITY
COMMISSION; DORCHESTER COUNTY JUDICIARY
COMMISSION; DORCHESTER COUNTY SHERIFF'S
DEPARTMENT,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(CA-00-2930-2-18RB)

———————

Submitted:  September 18, 2001      Decided:  October 10, 2001

———————

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert John Schieble, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert John Schieble, Jr. appeals the district court's order adopting the magistrate judge's recommendation and dismissing without prejudice his civil action. Because Schieble's informal brief failed to raise any specific challenge to the district court's order, we find that he has waived all issues pertaining to that order. <u>See</u> 4th Cir. Local R. 34(b). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>